IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-MJ-1240-JG-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOSE ARTURO GALLEGOS-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the undersigned upon motion (D.E. 14) filed by the Office of the Federal Public Defender ("OFPD") seeking leave to withdraw as counsel for defendant Jose Arturo Gallegos-Gonzalez due to his retention of private counsel. (*See* Notice of Attorney Appearance filed by Damon John Chetson on behalf of defendant (D.E. 8)). The court finds that the OFPD should be granted leave to withdraw as counsel for defendant.

IT IS THEREFORE ORDERED that the motion is ALLOWED and the appearance of OFPD and its attorney Andrea T. Stubbs as counsel for defendant is hereby WITHDRAWN.

SO ORDERED, this the 25th day of March, 2010.

James E. Gates
United States Magistrate Judge