AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina


RECEIVED
MAR 1 8 2010
U.S. Marshals Service, EDNC

United States of America
v.
Jose Arturo GALLEGOS-GONZALEZ
aka: Jose Gonzalez-Galleros

Defendant

) 
) Case No. 5:10mj1240
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose Arturo GALLEGOS-GONZALEZ aka: Jose Gonzalez-Galleros,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
On March 12, 2010, Jose Arturo GALLEGOS-GONZALEZ was found in the United States after having entered at a place other than designated by Immigration Officers, or eluded examination or inspection by Immigration Officers.

**FILED**
MAR 26 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Date: 03/17/2010
*Issuing officer's signature*

City and state: Raleigh, NC

James E. Gates U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 03-17-2010
at *(city and state)* _____.

Date: _____

By Karen U. Thomas
*Arresting officer's signature* USMS

Russell Spencer, ICE
*Printed name and title*